**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

PATRICIA R. NELSON,                     :

     Plaintiff,                          :

vs.                                                        CA 05-00192-MJ-C

                                                         :

DOLGENCORP, INC.,

                                                         :

     Defendant.

**<u>ORDER</u>**

     Plaintiff has filed a motion to remand this case to the Circuit Court of Escambia County, Alabama. (Doc. 5)   This motion shall be taken under submission by the undersigned on **May 27, 2005**. Any response to the remand motion must be made on or before the submission date. The Court will entertain the parties' oral arguments in reference to this motion on **June 7, 2005, at 2:00 p.m.,** in Courtroom 3A, United States Courthouse, Mobile, Alabama.

     As the parties are no doubt aware, this case has been randomly assigned to the undersigned for all purposes, including trial. (*See* Doc. 2 ("In accordance with 28 U.S.C. § 636(c), the Magistrate Judges of this District Court have been designated to conduct any and all proceedings in a civil case, including a jury or non-jury trial, and to order the entry of a final judgment, upon the consent of all parties.")) Should the parties, choose not to request reassignment (*see id*. ("You

have the right to have your case reassigned to a United States District Judge for trial and disposition. If you wish to have the case reassigned, you or your attorney need only return the <u>Request for Reassignment to a United States District Judge</u> (attached) to the Clerk of Court, 113 St. Joseph Street, Mobile, Alabama 36602.")), prior to **May 27, 2005**, the undersigned will find implicit consent, *see Roell v. Withrow*, 538 U.S. 580, 123 S.Ct. 1696, 1703, 155 L.Ed.2d 775 (2003) ("We think the better rule is to accept implied consent where, as here, the litigant or counsel was made aware of the need for consent and the right to refuse it, and still voluntarily appeared to try the case before the Magistrate Judge. Inferring consent in these circumstances thus checks the risk of gamesmanship by depriving parties of the luxury of waiting for the outcome before denying the magistrate judge's authority. Judicial efficiency is served; the Article III right is substantially honored.") and the parties will be asked to give explicit written consent to the undersigned conducting all proceedings in this action during

oral argument on June 7, 2005.

        **DONE** and **ORDERED** this the 28th day of April, 2005.

                    <u>s/WILLIAM E. CASSADY</u>

**UNITED STATES MAGISTRATE JUDGE**