## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

PATRICIA R. NELSON,              :

    Plaintiff,                             :

vs.                                                        CA 05-00192-C

                                                 :

DOLGENCORP, INC.,

                                                 :

    Defendant.

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff's motion to remand (Doc. 5) be and the same hereby is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff's claim for workers' compensation benefits brought pursuant to Alabama's Workers' Compensation Law (Count One of the First Amended Complaint) is **SEVERED** and **REMANDED** to the Circuit Court of Escambia County, Alabama from whence it came because this Court lacks subject-matter jurisdiction to entertain this claim; however, plaintiff's wage and hour claim under the Fair Labor Standards Act of 1938 (Count Two of the First Amended Complaint) was properly removed to this Court by defendant as it is a claim over which this Court may exercise subject-matter jurisdiction pursuant to 28 U.S.C. § 1331. Accordingly, this Court will retain jurisdiction of the FLSA

claim.

>**DONE** this the 30th day of June, 2005.

>>s/WILLIAM E. CASSADY
>>**UNITED STATES MAGISTRATE JUDGE**